**CERTIFICATION OF NAMED PLAINTIFF**
**PURSUANT TO FEDERAL SECURITIES LAWS**

I, JOHN FREDRICKS, duly declare, certify, and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the complaint to be filed in this action and have authorized the filing of said complaint or one substantially similar thereto.

2. I did not purchase the security that is the subject of this action at the direction of plaintiffs' counsel or in order to participate in this private action.

3. I have selected Kahn Swick & Foti, LLC and any firm with which it may affiliate for the purpose of prosecuting this action as my counsel.

4. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5. I held units of CONSOL Coal Resources LP, which are the subject of this litigation, at all relevant times outlined in the complaint, including holding units as of the record date of November 27, 2020, through the consummation of the merger on December 31, 2020, at which time my units were converted into shares of Consol Energy, Inc. My transaction(s) in CONSOL Coal Resources LP securities, which are the subject of this litigation set forth in the complaint, are outlined in Exhibit A hereto.

6. Within the last three years, I have not sought to serve nor have I served as a class representative in any federal securities case, except as outlined below:

1

7. I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing are, to the best of my knowledge and belief, true and correct statements.

October 20, 2021

*[signature]*

**Exhibit A**

| Security | Date of Transaction | Buy/Sell | Number of Shares | Total Price | Price Per Share |
|---|---|---|---|---|---|
| CONSOL Coal Resources LP | 2/11/19 | Buy | 1,000 | $17,340.00 | $17.3400 |
| CONSOL Coal Resources LP | 9/11/19 | Buy | 1,000 | $13,497.00 | $13.4970 |
| CONSOL Coal Resources LP | 3/16/20 | Buy | 2,000 | $10,980.00 | $5.4900 |
| CONSOL Coal Resources LP | 3/27/20 | Buy | 7,000 | $44,800.00 | $6.4000 |
| CONSOL Coal Resources LP | 12/31/20 | Exchange in Merger | 8,760 | Converted to Consol Energy Inc. | -- |

3