UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANNIA

| | |
|---|---|
| JOHN FREDRICKS, Individually and For All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CONSOL COAL RESOURCES, L.P., JAMES A. BROCK, MARTHA A. WIEGAND, MICHAEL L. GREENWOOD, DEBORAH J. LACKOVIC, KURT R. SALVATORI, DANIEL D. SANDMAN, and JEFFREY L. WALLACE,<br><br>　　　　　　Defendants. | No. 2:21-cv-1504-WSS |

## STIPULATION OF DISMISSAL

WHEREAS, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties agree that Plaintiff John Fredericks ("Plaintiff") hereby voluntarily dismisses all claims set forth in the above action (the "Action") without prejudice, with each party to bear its own costs.

Dated: March 2, 2022

　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF
　　　　　　　　　　　　　　　　　　　　ALFRED G. YATES, JR., P.C.

　　　　　　　　　　　　　　　　　　　　*/s/ Alfred G. Yates, Jr.*
　　　　　　　　　　　　　　　　　　　　Alfred G. Yates, Jr. (PA17419)
　　　　　　　　　　　　　　　　　　　　Gerald L. Rutledge (PA 62027)
　　　　　　　　　　　　　　　　　　　　1575 McFarland Road, Suite 305
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15216
　　　　　　　　　　　　　　　　　　　　Tel:(412) 391-5164
　　　　　　　　　　　　　　　　　　　　Fax:(412) 471-1003
　　　　　　　　　　　　　　　　　　　　Email: yateslaw@aol.com

　　　　　　　　　　　　　　　　　　　　OF COUNSEL:

　　　　　　　　　　　　　　　　　　　　MONTEVERDE AND ASSOCIATES PC
　　　　　　　　　　　　　　　　　　　　Juan E. Monteverde
　　　　　　　　　　　　　　　　　　　　The Empire State Building

350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

**KAHN SWICK & FOTI, LLC**
Michael Palestina
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Tel: (504) 455-1400
Fax: (504) 455-1498
Email: michael.palestina@ksfcounsel.com

*Attorneys for Plaintiff*

**LATHAM WATKINS LLP**

*/s/ Gregory B. in den Berken*
*(with permission)*

Blair Connelly
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Email: blair.connelly@lw.com

Kristin N. Murphy
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925
Tel: (714) 755-8287
Email: kristin.murphy@lw.com

Gregory B. in den Berken (PA 321964)
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2163
Email: greg.indenberken@lw.com

*Attorneys for Defendants*